**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00567-REB-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. $62,232.97 SEIZED FROM VECTRA BANK ACCOUNT #4038009447,

2. $6,528.63 SEIZED FROM VECTRA BANK ACCOUNT #4037230762,

3. $702.37 SEIZED FROM US BANK ACCOUNT #151702524431,

4. $24,242.52 SEIZED FROM COMPASS BANK ACCOUNT #6700787573,

5. $1,004,786.66 SEIZED FROM COMPASS BANK ACCOUNT #6701454918,

6. $831,786.86 SEIZED FROM COMPASS BANK ACCOUNT #6700583218,

7. $19,275.96 SEIZED FROM COMPASS BANK ACCOUNT #6700666156,

8. $15,249.67 SEIZED FROM COMPASS BANK ACCOUNT #6701437681,

9. $2,198.38 SEIZED FROM ELEVATIONS CREDIT UNION ACCOUNT #259658,

10. $600.00 SEIZED FROM COMPASS BANK ACCOUNT #6700789509,

11. $100.00 SEIZED FROM COMPASS BANK ACCOUNT #6702116986,

12. $490.15 SEIZED FROM COMPASS BANK ACCOUNT #6702084189,

13. $340.76 SEIZED FROM WELLS FARGO BANK ACCOUNT #8992266356,

14. $2,796.60 SEIZED FROM WELLS FARGO BANK ACCOUNT #6249808806,

15. $695.12 SEIZED FROM NATIONAL BANK OF ARIZONA ACCOUNT #50051578,

16. 2011 TOYOTA TACOMA, VIN 3TMLU4EN6BM078859,

17. 2013 TRIUMPH THUNDERBIRD ABS, VIN SMTB01TL3CJ521380,

18. 710 TENACITY DRIVE, UNIT 101, LONGMONT, COLORADO, and

19. 66.51 COUNTY ROAD 1917, LINDEN, TEXAS,

    Defendants.

## FINAL ORDER OF FORFEITURE
## ONLY AS TO CERTAIN DEFENDANT PROPERTIES

**Blackburn, J.**

The matter is before me on the government's **Motion For Final Order of Forfeiture Only as to Certain Defendant Properties** [#26][1] filed November 21, 2013. After reviewing the motion, the record, and the relevant law, I enter the following findings of fact and conclusions of law:

THAT the United States commenced this action in rem pursuant to 18 U.S.C. § § 981(a)(1)(C) and 981(a)(1)(A);

THAT all know parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and Gary Snisky and Imelda Snisky have reached an agreement in this case as to certain defendant properties and have filed a Consent Agreement with the court resolving all issues in dispute;

THAT no other claims to defendant property have been filed; and

THAT it further appears there is cause to issue a forfeiture order in favor of the

---

[1] "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

United States only as to certain defendant properties under 18 U.S.C. §§ 981(a)(1)(C) and 981(a)(1)(A).

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

1. That the government's **Motion For Final Order of Forfeiture Only as to Certain Defendant Properties** [#26] filed November 21, 2013, is **GRANTED**;

2. That forfeiture of

   a. $62,232.97 seized from Vectra Bank Account #4038009447, held in the name of CUIL LLC;

   b. $6,528.63 seized from Vectra Bank Account #4037230762, held in the name of Gary C. Snisky;

   c. $24,242.52 seized from Compass Bank Account #6700787573, held in the name of Group Summit, LLC;

   d. $1,004,786.66 seized from Compass Bank Account #6701454918, held in the name of Salmon Master Trust;

   e. $831,786.86 seized from Compass Bank Account #6700583218, held in the name of Cyan Master Trust;

   f. $19,275.96 seized from Compass Bank Account # 6700666156, held in the name of Alke, Inc.;

   g. $15,249.67 seized from Compass Bank Account # 6701437681, held in the name Arete, LTD;

   h. $2,198.38 seized from Elevations Credit Union Account # 259658, held in the name of Imelda V. Snisky;

      i.      $600.00 seized from Compass Bank Account # 6700789509, held in the name of Cuilone, LLC;

      j.      $100.00 seized from Compass Bank Account # 6702116986, held in the name of Oak Investments, LLC;

      k.      $490.15 seized from Compass Bank Account # 6702084189, held in the name of White Trust;

      l.      $6,429.18, in lieu of 2013 Triumph Thunderbird ABS, VIN SMTB01TL3CJ521380, registered in the name of Gary C. Snisky; and

      m.      710 Tenacity Drive, Unit 101, Longmont, Colorado (defendant Tenacity), which is more fully described as follows:

> Unit 101, 710 Tenacity Condominiums, Boulder County, Colorado, according to the Declaration of Covenants, Conditions and Restrictions for 710 Tenacity Condominiums, recorded under Reception No. 3002483 of the records of the Clerk and Recorder for Boulder County, Colorado and the Condominium Map recorded under Reception No. 3002484 of the records of the Clerk and Recorder for Boulder County, Colorado[2]

**SHALL ENTER** in favor of the United States; the United States **SHALL HAVE** full and legal title to the certain defendant properties listed above and **MAY DISPOSE** of them in accordance with law and the terms and provisions of the parties' Consent Agreement;

    3. That the clerk of court is **DIRECTED** to enter judgment; and

---

[2] Recorded Association liens held by of Downtown Prospect Association, Inc., and 710 Tenacity Condominium Association will be satisfied by the United States at time of sale and closing.

    4. That a Certificate of Reasonable Cause, which this Order constitutes, is **GRANTED** as to all defendant property pursuant to 28 U.S.C. § 2465.

Dated November 22, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge