IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00567-REB-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     $62,232.97 SEIZED FROM VECTRA BANK ACCOUNT # 4038009447,

2.     $6,528.63 SEIZED FROM VECTRA BANK ACCOUNT # 4037230762,

3.     $702.37 SEIZED FROM US BANK ACCOUNT # 151702524431,

4.     $24,242.52 SEIZED FROM COMPASS BANK ACCOUNT # 6700787573,

5.     $1,004,786.66 SEIZED FROM COMPASS BANK ACCOUNT # 6701454918,

6.     $831,786.86 SEIZED FROM COMPASS BANK ACCOUNT # 6700583218,

7.     $19,275.96 SEIZED FROM COMPASS BANK ACCOUNT # 6700666156,

8.     $15,249.67 SEIZED FROM COMPASS BANK ACCOUNT # 6701437681,

9.     $2,198.38 SEIZED FROM ELEVATIONS CREDIT UNION ACCOUNT # 259658,

10.    $600.00 SEIZED FROM COMPASS BANK ACCOUNT # 6700789509,

11.    $100.00 SEIZED FROM COMPASS BANK ACCOUNT # 6702116986,

12.    $490.15 SEIZED FROM COMPASS BANK ACCOUNT # 6702084189,

13.    $340.76 SEIZED FROM WELLS FARGO BANK ACCOUNT # 8992266356,

14.    $2,796.60 SEIZED FROM WELLS FARGO BANK ACCOUNT # 6249808806,

15.    $695.12 SEIZED FROM NATIONAL BANK OF ARIZONA ACCOUNT # 50051578,

16.    2011 TOYOTA TACOMA, VIN 3TMLU4EN6BM078859,

17.    2013 TRIUMPH THUNDERBIRD ABS, VIN SMTB01TL3CJ521380,

18. 710 TENACITY DRIVE, UNIT 101, LONGMONT, COLORADO, and

19. 66.51 COUNTY ROAD 1917, LINDEN, TEXAS.

Defendants.
_____

**FINAL JUDGMENT**
_____

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture entered by the Honorable Judge Robert E. Blackburn, the following JUDGMENT is hereby entered:

1. That forfeiture of the following certain defendant properties, including all right, title, and interest is hereby entered in favor of the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 981(a)(1)(A):

   a. $62,232.97 seized from Vectra Bank Account # 4038009447, held in the name of CUIL LLC.;

   b. $6,528.63 seized from Vectra Bank Account # 4037230762, held in the name of Gary C. Snisky;

   c. $24,242.52 seized from Compass Bank Account # 6700787573, held in the name of Group Summit, LLC;

   d. $1,004,786.66 seized from Compass Bank Account # 6701454918, held in the name of Salmon Master Trust;

   e. $831,786.86 seized from Compass Bank Account # 6700583218, held in the name of Cyan Master Trust;

      f.      $19,275.96 seized from Compass Bank Account # 6700666156, held in the name of Alke, Inc.;

      g.      $15,249.67 seized from Compass Bank Account # 6701437681, held in the name Arete, LTD;

      h.      $2,198.38 seized from Elevations Credit Union Account # 259658, held in the name of Imelda V. Snisky;

      i.      $600.00 seized from Compass Bank Account # 6700789509, held in the name of Cuilone, LLC;

      j.      $100.00 seized from Compass Bank Account # 6702116986, held in the name of Oak Investments, LLC;

      k.      $490.15 seized from Compass Bank Account # 6702084189, held in the name of White Trust;

      l.      $6,429.18 in lieu of 2013 Triumph Thunderbird ABS, VIN SMTB01TL3CJ521380, registered in the name of Gary C. Snisky;

      m.      710 Tenacity Drive, Unit 101, Longmont, Colorado (defendant Tenacity), which is more fully described as follows:

> Unit 101, 710 Tenacity Condominiums, Boulder County, Colorado, according to the Declaration of Covenants, Conditions and Restrictions for 710 Tenacity Condominiums, recorded under Reception No. 3002483 of the records of the Clerk and Recorder for Boulder County, Colorado and the Condominium Map recorded under Reception No. 3002484 of the records of the Clerk and Recorder for Boulder County, Colorado.

    2.    That the United States shall have full and legal title as to the above described defendant properties and may dispose of said properties in accordance with

law and in accordance with the terms and provisions of the parties' Consent Agreement;

3. That Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to the above described defendant property under 28 U.S.C. § 2465.

Done at Denver, Colorado this 22nd day of __November__, 2013.

                                        JEFFREY P. COLWELL
                                        Clerk of the U.S. District Court

By: __s/K Lyons__
      Deputy Clerk