IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 13-cv-00567-REB-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. $62,232.97 SEIZED FROM VECTRA BANK ACCOUNT #4038009447,

2. $6,528.63 SEIZED FROM VECTRA BANK ACCOUNT #4037230762,

3. $702.37 SEIZED FROM US BANK ACCOUNT #151702524431,

4. $24,242.52 SEIZED FROM COMPASS BANK ACCOUNT #6700787573,

5. $1,004,786.66 SEIZED FROM COMPASS BANK ACCOUNT #6701454918,

6. $831,786.86 SEIZED FROM COMPASS BANK ACCOUNT #6700583218,

7. $19,275.96 SEIZED FROM COMPASS BANK ACCOUNT #6700666156,

8. $15,249.67 SEIZED FROM COMPASS BANK ACCOUNT #6701437681,

9. $2,198.39 SEIZED FROM ELEVATIONS CREDIT UNION ACCOUNT #259658,

10. $600.00 SEIZED FROM COMPASS BANK ACCOUNT #6700789509,

11. $100.00 SEIZED FROM COMPASS BANK ACCOUNT #6702116989,

12. $490.15 SEIZED FROM COMPASS BANK ACCOUNT #6702084189,

13. $340.76 SEIZED FROM WELLS FARGO BANK ACCOUNT #8992266356,

14. $2,796.60 SEIZED FROM WELLS FARGO BANK ACCOUNT #6249808806,

15. $695.12 SEIZED FROM NATIONAL BANK OF ARIZONA ACCOUNT #50051578,

16. 2011 TOYOTA TACOMA, VIN 3TMLU4EN6BM078859,

17. 2013 TRIUMPH THUNDERBIRD ABS, VIN SMTB01TL3CJ521380,

18. 710 TENACITY DRIVE, UNIT 101, LONGMONT, COLORADO, and

19. 66.51 COUNTY ROAD 1917, LINDEN, TEXAS,

   Defendants.

# FINAL ORDER OF FORFEITURE
## ONLY AS TO CERTAIN DEFENDANT PROPERTIES

**Blackburn, J.**

The matter is before me on the government's **Motion For Final Order of Forfeiture Only as to Certain Defendant Properties** [#30][1] filed September 30, 2014. After reviewing the motion and the record, I enter the following findings:

THAT the United States commenced this action in rem pursuant to 18 U.S.C. § § 981(a)(1)(C) and 981(a)(1)(A);

THAT all know parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and David Charles Sorrells, Pamela Sorrells, and Frontier Group, Inc. have reached an agreement in this case as to certain defendant properties, and have filed a Consent Agreement with the court resolving all issues in dispute;

THAT no other claims to defendant property have been filed;

---

[1] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

THAT it further appears there is cause to issue a forfeiture order only as to certain defendant properties under 18 U.S.C. § § (a)(1)(C) and 981(a)(1)(A) in favor of the United States.

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

1. That the government's **Motion For Final Order of Forfeiture Only as to Certain Defendant Properties** [#30] filed September 30, 2014, is **GRANTED**;

2. That forfeiture of

   a. $702.37 seized from US Bank Account #151702524431;

   b. $340.76 seized from Wells Fargo Bank Account #8992266356;

   c. $2,796.60 seized from Wells Fargo Bank Account #6249808806;

   d. $695.12 seized from National Bank of Arizona Account #50051578;

   e. 2011 Toyota Tacoma, VIN 3TMLU4EN6BMO78859; and

   f. $190,000.00 in lieu of the Real property located at 66.51 County Road 1917, Linden, Texas,

shall enter in favor of the United States;

3.. That the United States shall have full and legal title to the certain defendant properties listed above, and may dispose of them in accordance with law and in accordance with the terms and provisions of the parties Consent Agreement;

4. That the clerk of court is directed to enter Judgment; and

5.  That a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. § 2465.

Dated September 30, 2014, at Denver, Colorado.

**BY THE COURT:**

_Bob Blackburn_
Robert E. Blackburn
United States District Judge