IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00567-REB-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     $62,232.97 SEIZED FROM VECTRA BANK ACCOUNT # 4038009447,

2.     $6,528.63 SEIZED FROM VECTRA BANK ACCOUNT # 4037230762,

3.     $702.37 SEIZED FROM US BANK ACCOUNT # 151702524431,

4.     $24,242.52 SEIZED FROM COMPASS BANK ACCOUNT # 6700787573,

5.     $1,004,786.66 SEIZED FROM COMPASS BANK ACCOUNT # 6701454918,

6.     $831,786.86 SEIZED FROM COMPASS BANK ACCOUNT # 6700583218,

7.     $19,275.96 SEIZED FROM COMPASS BANK ACCOUNT # 6700666156,

8.     $15,249.67 SEIZED FROM COMPASS BANK ACCOUNT # 6701437681,

9.     $2,198.38 SEIZED FROM ELEVATIONS CREDIT UNION ACCOUNT # 259658,

10.     $600.00 SEIZED FROM COMPASS BANK ACCOUNT # 6700789509,

11.     $100.00 SEIZED FROM COMPASS BANK ACCOUNT # 6702116986,

12.     $490.15 SEIZED FROM COMPASS BANK ACCOUNT # 6702084189,

13.     $340.76 SEIZED FROM WELLS FARGO BANK ACCOUNT # 8992266356,

14.     $2,796.60 SEIZED FROM WELLS FARGO BANK ACCOUNT # 6249808806,

15.     $695.12 SEIZED FROM NATIONAL BANK OF ARIZONA ACCOUNT # 50051578,

16.     2011 TOYOTA TACOMA, VIN 3TMLU4EN6BM078859,

17.     2013 TRIUMPH THUNDERBIRD ABS, VIN SMTB01TL3CJ521380,

18. 710 TENACITY DRIVE, UNIT 101, LONGMONT, COLORADO, and

19. 66.51 COUNTY ROAD 1917, LINDEN, TEXAS.

Defendants.
_____

# FINAL JUDGMENT
_____

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture entered by the Honorable Judge Robert E. Blackburn, the following JUDGMENT is hereby entered:

1. That forfeiture of the following certain defendant properties, including all right, title, and interest is hereby entered in favor of the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 981(a)(1)(A):

   a. $702.37 seized from US Bank Account # 151702524431;

   b. $340.76 seized from Wells Fargo Bank Account # 8992266356;

   c. $2,796.60 seized from Wells Fargo Bank Account # 6249808806;

   d. $695.12 seized from National Bank of Arizona Account # 50051578;

   e. 2011 Toyota Tacoma, VIN 3TMLU4EN6BM078859; and

   f. $190,000.00 in lieu of the Real property located at 66.51 County Road 1917, Linden, Texas.

2. That the United States shall have full and legal title as to the above described defendant properties and may dispose of said properties in accordance with law and in accordance with the terms and provisions of the parties' Consent Agreement;

3

3. That Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to the above described defendant property under 28 U.S.C. § 2465.

Done at Denver, Colorado this 30th day of September, 2014.

JEFFREY P. COLWELL
Clerk of the U.S. District Court

By: s/T.Lee
Deputy Clerk